# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| PATRICIA JACKSON <br><br> *Plaintiff(s)* <br><br> v. <br><br> JACK MORTON WORLDWIDE INC., INTERPUBLIC INC., GLOBAL SPECTRUM, L.P. d/b/a SPECTRA VENUE MANAGEMENT, CREATIVE EVENT PROCUTIONS, INC., et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:21-cv-389 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ATRIUM STAFFING, LLC, 71 Fifth Avenue, 3rd Floor, New York, NY 10003
Serve: Clerk
State Corporation Commission
Tyler Building
1300 East Main Street, 1st Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Christopher Jones, Esquire
VSB No.: 48433
106 South Market Street
Petersburg, VA 23803
(804) 257-7536 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/2/2021

*Signature of Clerk or Deputy Clerk*

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

November 10, 2021



United States District Court for the Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA, 23219, United States

Re: Patricia Jackson
   v. Jack Morton Worldwide Inc., et al.

Case or Matter No.: 3:21-cv-389

## CERTIFICATE OF COMPLIANCE

I hereby certify that in Richmond, Virginia on November 9, 2021, the following process in the above-styled matter was served on me as statutory agent for Atrium Staffing, LLC in accordance with § 12.1-19.1 of the Code of Virginia by Allen, Allen, Allen & Allen, and that on November 10, 2021, a copy of the Service of Process was sent by first-class United States mail to:

Atrium Staffing, LLC
71 Fifth Avenue, 3rd Floor
New York, NY, 10003, United States

A copy of the request of the person seeking service is also submitted herewith.

Dated: November 10, 2021

Sincerely,

Bernard J. Logan
Clerk of the Commission

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| PATRICIA JACKSON <br><br> *Plaintiff(s)* <br> v. <br> JACK MORTON WORLDWIDE INC., INTERPUBLIC INC., GLOBAL SPECTRUM, L.P. d/b/a SPECTRA VENUE MANAGEMENT, CREATIVE EVENT PROCUTIONS, INC., et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-cv-389 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ENCORE GLOBAL, f/k/a PSAV, c/o Ben Erwin, President & CEO, 5100 N. River Rd., Schiller Park, IL 60176
Serve: Clerk
State Corporation Commission
Tyler Building
1300 East Main Street, 1st Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  R. Christopher Jones, Esquire
VSB No.: 48433
106 South Market Street
Petersburg, VA 23803
(804) 257-7536 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/2/2021

*Signature of Clerk or Deputy Clerk*

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

November 10, 2021

United States District Court for the Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA, 23219, United States

Re: Patricia Jackson
v. Jack Morton Worldwide Inc., et al.

Case or Matter No.: 3:21-cv-389

# CERTIFICATE OF COMPLIANCE

I hereby certify that in Richmond, Virginia on November 9, 2021, the following process in the above-styled matter was served on me as statutory agent for Encore Global f/k/a PSAV in accordance with § 12.1-19.1 of the Code of Virginia by Allen, Allen, Allen & Allen, and that on November 10, 2021, a copy of the Service of Process was sent by first-class United States mail to:

Encore Global f/k/a PSAV
c/o Ben Erwin, Pres. & CEO
5100 North River Road
Schiller Park, IL, 60176, United States

A copy of the request of the person seeking service is also submitted herewith.

Dated: November 10, 2021

Sincerely,

Bernard J. Logan
Clerk of the Commission

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| PATRICIA JACKSON <br><br> *Plaintiff(s)* <br> v. <br> JACK MORTON WORLDWIDE INC., INTERPUBLIC INC., GLOBAL SPECTRUM, L.P. d/b/a SPECTRA VENUE MANAGEMENT, CREATIVE EVENT PROCUTIONS, INC., et al. <br> *Defendant(s)* | Civil Action No. 3:21-cv-389 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TESTA LIGHTING DESIGN, INC., 405 Lowell St., P.O. Box 898, Lynnfield, MA 01940
Serve:oClerk
State Corporation Commission
Tyler Building
1300 East Main Street, 1st Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  R. Christopher Jones, Esquire
VSB No.: 48433
106 South Market Street
Petersburg, VA 23803
(804) 257-7536 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/2/2021

*Signature of Clerk or Deputy Clerk*

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

November 10, 2021



United States District Court for the Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA, 23219, United States

Re: Patricia Jackson
v. Jack Morton Worldwide Inc., et al.

Case or Matter No.: 3:21-cv-389

## CERTIFICATE OF COMPLIANCE

I hereby certify that in Richmond, Virginia on November 9, 2021, the following process in the above-styled matter was served on me as statutory agent for Testa Lighting Design, Inc. in accordance with § 12.1-19.1 of the Code of Virginia by Allen, Allen, Allen & Allen, and that on November 10, 2021, a copy of the Service of Process was sent by first-class United States mail to:

Testa Lighting Design, Inc.
405 Lowell Street
P.O. Box 898
Lynnfield, MA, 01940, United States

A copy of the request of the person seeking service is also submitted herewith.

Dated: November 10, 2021

Sincerely,

Bernard J. Logan
Clerk of the Commission

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| PATRICIA JACKSON <br><br> *Plaintiff(s)* <br> v. <br> JACK MORTON WORLDWIDE INC., INTERPUBLIC INC., GLOBAL SPECTRUM, L.P. d/b/a SPECTRA VENUE MANAGEMENT, CREATIVE EVENT PROCUTIONS, INC., et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:21-cv-389 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WAVELENGTHS PRO AUDIO, LLC, 300 Hamilton St., Leominster, MA 01453
Serve: Clerk
State Corporation Commission
Tyler Building
1300 East Main Street, 1st Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Christopher Jones, Esquire
VSB No.: 48433
106 South Market Street
Petersburg, VA 23803
(804) 257-7536 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/2/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

November 10, 2021



United States District Court for the Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA, 23219, United States

Re: Patricia Jackson
   v. Jack Morton Worldwide Inc., et al.

Case or Matter No.: 3:21-cv-389

## CERTIFICATE OF COMPLIANCE

I hereby certify that in Richmond, Virginia on November 9, 2021, the following process in the above-styled matter was served on me as statutory agent for Wavelengths Pro Audio, LLC in accordance with § 12.1-19.1 of the Code of Virginia by Allen, Allen, Allen and Allen, and that on November 10, 2021, a copy of the Service of Process was sent by first-class United States mail to:

Wavelengths Pro Audio, LLC
300 Hamilton Street
Leominster, MA, 01453, United States

A copy of the request of the person seeking service is also submitted herewith.

Dated: November 10, 2021

Sincerely,

Bernard J. Logan
Clerk of the Commission