**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

PATRICIA JACKSON,

     Plaintiff,

v.                            Case No. 3:21-cv-00389-HEH

JACK MORTON WORLDWIDE INC., *et al.*,

     Defendants.

### ORDER

**THIS MATTER** is before the court on Defendant Encore Global, f/k/a PSAV's

("Encore") Consent Motion for Leave of Court to Extend Time to Respond to Amended

Complaint. Upon due consideration and for good cause, the Motion is **GRANTED**. It is hereby

**ORDERED** that Encore's time in which to file a responsive pleading to Plaintiff's Amended

Complaint shall be extended to and include December 14, 2021.

     Let the Clerk file this Order electronically and notify all counsel of record accordingly.

     IT IS SO ORDERED.

                                           /s/
                               Hon. Henry E. Hudson
                               United States District Court

Date: **Nov. 30**_____, 2021