**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| PATRICIA JACKSON, | |
| Plaintiff, | |
| v. | Case No. 3:21-cv-00389-HEH |
| JACK MORTON WORLDWIDE, INC., *et al.*, | |
| Defendants. | |

**DEFENDANT ENCORE GLOBAL LP'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION OR FAILURE TO STATE A CLAIM**

NOW COMES Defendant, Encore Global LP (incorrectly named in the Amended Complaint as Encore Global, f/k/a PSAV, hereinafter "Encore Global"), by special appearance, and hereby moves this Court for entry of an Order granting its Motion to Dismiss for Lack of Personal Jurisdiction or Failure to State a Claim for the reasons set forth in the accompanying Memorandum in Support.

Dated:  December 14, 2021                              Respectfully submitted,


By:  */s/ Patrick D. Blake*
     Patrick D. Blake (VSB No. 45194)
     A. Eli Kaplan (VSB No. 94829)
     Willcox & Savage, P.C.
     440 Monticello Avenue, Suite 2200
     Norfolk, Virginia 23510
     Telephone:  (757) 628-5500
     Facsimile:   (757) 628-5566
     Email: pblake@wilsav.com
     Email: akaplan@wilsav.com
     *Counsel for Defendant Encore Global LP*

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December 2021, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Christopher Jones, Esquire
Allen, Allen, Allen & Allen
106 South Market Street
Petersburg, VA 23803
Telephone: (804) 257-7536
Facsimile: (804) 257-7536
Christopher.jones@allenandallen.com
*Counsel for Plaintiff*

Laura Mitchell Berry, Esquire
James Rhea Jebo, Esquire
Michael Edwin Harman, Esquire
Harman Claytor Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
Telephone: 804-622-1155
Facsimile: 804-203-8221
lberry@hccw.com
jjebo@hccw.com
mharman@hccw.com
*Counsel for Defendants Jack Morton Worldwide, Inc., Interpublic, Inc., and Global Spectrum, L.P.*

Robert Gerard Harrington, Esquire
Donald Morris, Esquire
Robert Harrington & Associates
1011 Boulders Springs Drive, Suite 250
Richmond, VA 23225
Telephone: 804-323-6262
Facsimile: 855-721-4005
robert.harrington@selective.com
donald.morris@selective.com
*Counsel for Defendant Wavelengths Pro Audio, LLC*

Lori E. Lohr, Esquire
Schoenberg & Associates
Mailing Address: PO Box 2903
Hartford, CT 06104-2903
9954 Mayland Drive, Suite 5100
Richmond, Virginia 23233
Telephone: (804) 934-4204
Facsimile: (855) 870-1278
llohr@travelers.com
*Counsel for Defendant Creative Event Productions, Inc.*

Jessica G. Relyea, Esquire
Kalbaugh, Pfund & Messersmith, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
Telephone: (804) 320-6300
Facsimile: (804) 320-6312 (fax)
Jessica.Relyea@kpmlaw.com
*Counsel for Defendant Testa Lighting Design, Inc.*

/s/ Patrick D. Blake
Patrick D. Blake (VSB No. 45194)
A. Eli Kaplan (VSB No. 94829)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone:  757-628-5500
Facsimile:  757-628-5566
Email: pblake@wilsav.com
Email: akaplan@wilsav.com
*Counsel for Defendant Encore Global LP*