IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PATRICIA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:21cv389–HEH |
| | ) | |
| JACK MORTON WORLDWIDE, INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER
### (Granting Motion to Remand)

THIS MATTER is before the Court on Patricia Jackson's ("Plaintiff") Motion to Remand to State Court (ECF No. 38). This action was originally filed in the Circuit Court for the City of Richmond on May 7, 2021. (Notice of Removal at 1, ECF No. 1.) At the time the action was filed, Plaintiff specifically named three Defendants, Jack Morton Worldwide, Inc., Interpublic Inc., and Global Spectrum, L.P. (ECF No. 1-1.) Additionally, she named "John Doe Company" and "John Doe" as Defendants until she could identify the names of certain companies involved. (ECF No. 1-2 at 3–4.)

On June 15, 2021, Defendants Jack Morton, Interpublic, and Global Spectrum removed the action to federal court alleging diversity of citizenship as the basis for federal jurisdiction. (Notice of Removal at 2.) Diversity jurisdiction was met as the amount in controversy was over $75,000 and Plaintiff is a resident of Virginia and the three originally named Defendants are not citizens of Virginia. (*Id.*)

After the matter was removed to federal court, Plaintiff filed a motion to amend her complaint. (ECF No. 10.) The Court granted the Plaintiff leave to amend on

October 28, 2021. (Order, ECF No. 12.) Plaintiff added five Defendants in her Amended Complaint: Creative Event Productions, Inc. d/b/a Stage Right Lighting ("Creative"), Testa Lighting Design, Inc., Wavelengths Pro Audio, LLC, Encore Global, f/k/a PSAV ("Encore"), and Atrium Staffing, LLC ("Atrium"). (Am. Compl., ECF No. 13.) Plaintiff noted that both Creative and Atrium are incorporated and have their principal place of business in Virginia, thus making them Virginia citizens. (*Id.* at 4–5.)[1]

The Court ordered briefing on the issue of jurisdiction on January 11, 2021. (Order, ECF No. 37.) In response, Plaintiff filed this Motion to Remand and all Defendants, except Encore and Atrium, filed memoranda agreeing that this Court now lacks subject matter jurisdiction. (Mot.; ECF Nos. 40, 41, 42, 43.)

Because Defendants have not objected to the Motion and finding it appropriate to do so, Plaintiff's Motion to Remand (ECF No. 38) is GRANTED. Accordingly, Defendant Encore's Motion to Dismiss (ECF No. 32) and the Consent Motion to Stay (ECF No. 36) are DENIED AS MOOT. This matter is REMANDED to the Circuit Court of the City of Richmond for further proceedings.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: January 19, 2022
Richmond, Virginia

---

[1] Creative admitted to this in their Answer. (ECF No. 24 ¶ 18.) Atrium never filed an answer.